IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: DARRELL EARL WHITE | § § § § § | CASE NO: 06-30024-H4-3 |
| DEBTOR(S) | | CHAPTER 13 |

ENTERED
08/19/2010

## ORDER

**CAME ON FOR CONSIDERATION,** the Trustee's Motion to Deposit Funds into the Court Registry pursuant to 11 U.S.C. § 347 (a), and it is therefore

**ORDERED** that David G. Peake, the Chapter 13 Standing Trustee is authorized to deposit all unclaimed funds, now held by him, in this case in the amount **$2,377.50** owed to **DARRELL EARL WHITE** into the Registry of the Court pursuant to 11 U.S.C. § 347 (a).

SIGNED this the 19th day of August 2010.

_____
**DEPUTY CLERK**

## EXHIBIT "A"

| | | |
|---|---|---|
| IN RE: DARRELL EARL WHITE | § § § § § § | CASE NO: 06-30024-H4-3 |
| DEBTOR(S) | | CHAPTER 13 |

## UNCLAIMED FUNDS

**NAME & ADDRESS:**   **AMOUNT**

DARRELL EARL WHITE
3225 MC CRAREY DR.   $2,377.50
HOUSTON, TX 77088



**TOTAL FOR UNCLAIMED FUNDS**   $2,377.50