

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
09/09/2010

| | | |
|---|---|---|
| IN RE: | § | Case No. 06-30024-H4-13 |
| Darrell Earl White | | |
| Debtor | § | |

### ORDER DENYING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

The Application for Payment of Unclaimed Funds (Docket No. 105 ) is denied for the following reason(s):

1. _____ Applicant's signature is not notarized.

2. _____ Amount being requested is not the amount deposited on behalf of the original claimant.

3. _____ Application was not served on U.S. Attorney and U.S. Trustee.

4. _____ Proposed Order not filed by applicant.

5. _____ Sufficient documentation not provided to allow the Court to determine claimant's entitlement to the unclaimed funds.

6. ✓ Other: FUNDS HAVE NOT BEEN DEPOSITED BY TRUSTEE.

Signed 9-9-2010.

United States Bankruptcy Judge